UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

RECEIVED
NOV 9
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

Cv. 05-1687

Order of Reassignment
And Reallocation

It is on this 3rd day of November, 2005,

ORDERED that the entitled actions are reassigned from

JUDGE JOHN W. BISSELL to JUDGE GARRETT E. BROWN, JR.

GARRETT E. BROWN, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT