UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

----------------------------x

                                    *AMENDED*
                        ORDER OF REALLOCATION
                          AND REASSIGNMENT

----------------------------x

Civ 05-1687

It is on this 15th day of November, 2005,

O R D E R E D that the above entitled actions are reallocated from TRENTON to NEWARK and reassigned from TRENTON MAGISTRATES to MAGISTRATE JUDGE SUSAN D. WIGENTON. THEY REMAIN ASSIGNED TO THE UNDERSIGNED

GARRETT E. BROWN, CHIEF JUDGE
UNITED STATES DISTRICT COURT