UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MARK SCOTT FELTMEYER        :

       Plaintiff(s),    :    Civil Action No. <u>05-1687</u>(GEB)

                              :

       v.

                              :

N.V.E. INC., et al           :

       Defendant(s).    :


NOTICE OF CALL FOR DISMISSAL
<u>PURSUANT TO F.R.Civ.P. 4(m)</u>


    PLEASE TAKE NOTICE that the above-captioned action will be dismissed on <u>December 19, 2005</u> at 10:00 A.M. for failure to effect service of the summons and complaint within 120 days of the filing of the complaint unless you establish that service was effected within said 120 days, by filing proof of service with the Clerk of the Court <u>before</u> the return date of this notice. If proof of service is not filed before the return date, counsel are <u>required</u> to appear before the Court in Trenton, to show good cause why this action should not be dismissed.


                                        WILLIAM T. WALSH, CLERK


                   by:    <u>s/ John P. Reilly</u>
                                Deputy Clerk


Dated: November 22, 2005

To: William Norris, Esq.