UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MARK SCOTT FELTMEYER,           :

       Plaintiff,              :        Civ. 05-1687(GEB)
  v.
                             :

N.V.E. INC., et al.,            :        O R D E R

       Defendants.             :

It appearing that proceedings in the above matter have been stayed pending the disposition of hearings before the United States Bankruptcy Court which may become dispositive of the litigation here pending,

It is on this 7th day of December, 2005,

O R D E R E D that the Clerk administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation of order, or for any other purpose required to obtain a final determination of the litigation.

                                            GARRETT E. BROWN, JR.
                                                Chief Judge
                                      United States District Court