UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212)805-0136

RECEIVED-CLERK
U.S. DISTRICT COURT

2007 APR 13 A 11: 14

J. Michael McMahon
Clerk

USDC DISTRICT OF NJ

Date: 4/10/07

In Re: EPHEDA

MDL   1598

Your Docket #              S.D. OF N.Y.

2:05-1687                  07 CV 2864

Dear Sir:

    Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to Judge RAKOFF for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

    Please return the copy of this letter when transmitting YOUR FILE and a CERTIFIED COPY OF THE DOCKET SHEET.

Sincerely,
J.Michael McMahon

By:
MDL Unit