FILE COPY

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK

50 Walnut Street
NEWARK, NEW JERSEY 07101

WILLIAM T. WALSH
Clerk

CAMDEN OFFICE
1 John F. Gerry Plaza
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

REPLY TO: NEWARK

April 17, 2007

United States District Court
New York Southern District
J. Michael McMahon, Clerk of Court
120 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: **FELTMEYER v. N.V.E. INC., et al**

**Civil Docket No. 05-cv-1687(GEB)**

Dear Clerk :

The above-captioned case has been transferred to your court pursuant to the enclosed certified copy of the Order filed on 4/17/07. Also, enclosed is a certified copy of the docket report.. You can obtain the original record by accessing CM/ECF through PACER. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

Very truly yours,

WILLIAM T. WALSH, Clerk

By: Darlene Carr

Deputy Clerk

**RECEIPT ACKNOWLEDGED BY:** _____ **DATE:** _____ .

**YOUR CIVIL DOCKET NUMBER:** _____ .