UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCKET NO. 04 M.D. 1598 (JSR)

================================
IN RE EPHEDRA PRODUCTS
LIABILITY LITIGATION
================================

MARK SCOTT FELTMEYER,

    Plaintiff,

v.

N.V.E., INC., et al.

    Defendants.
================================

PERTAINS TO DOCKET NO. 1:07-cv-2864 (JSR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-12-07

## STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to this Court's Case Management Order No. 2, Plaintiff Mark Scott Feltmeyer, and Defendants N.V.E., Inc., d/b/a NVE Pharmaceuticals, Inc. ("NVE, Inc."), by and through counsel, being in agreement, hereby advise the Court that Plaintiff's Complaint against all Defendants, including Healthworks International, L.L.C. should be dismissed, with prejudice, each party to bear its own costs.

Based upon the agreement of the parties as set forth above;

IT IS ORDERED that Plaintiff's Complaint against all Defendants, be, and the same is hereby, DISMISSED, with prejudice, each party to bear its own costs.

SO ORDERED this 11th day of December, 2007.

_____
JED S. RAKOFF
JUDGE, UNITED STATES DISTRICT COURT

SO STIPULATED:

_____
Pamela Sotoodeh
Kenneth B. Moll & Associates
Three First National Plaza
50th Floor
Chicago, IL 60602
Tel: (312) 558-6444

*Attorneys for Plaintiff*

_____
Steven Kirsch, Esq.
Murnane Brandt
30 East 7th Street, Suite 3200
St. Paul, Minnesota 55101
Tel: (651) 227-9411
Fax: (651) 223-5199
E-mail: skirsch@murnane.com

*Attorneys for Defendant NVE, Inc.*