```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
In re: EPHEDRA PERSONAL INJURY            :   04 M.D. 1598 (JSR)
LITIGATION                                :
                                          :        ORDER
------------------------------------------X
PERTAINS TO ALL CASES
```

JED S. RAKOFF, U.S.D.J.

On February 26, 2008, the Court entered an order directing the Clerk to issue two checks from the Ephedra Plaintiffs' Common Expense Fund (the "Expense Fund") to pay the common funds' 2007 income tax on interest earned and their 2008 estimated tax. After the February 26 order, Plaintiffs' Coordinating Counsel submitted a downward revised statement of its deductible administrative expenses incurred with respect to the funds. Because of the lower deductions, the funds' accountant has informed the Court that an additional $1,402 will be due for 2007 tax and an additional $1,200 for 2008 estimated tax. Accordingly, the Clerk is hereby directed to issue two checks to the order of the United States Treasury in the amounts of $1,402.00 and $1,200.00 and send them by trackable mail or courier to Janice Page CPA, BALL BAKER LEAKE LLC, 122 East 42nd Street, New York, NY 10168. Ms. Page is directed to forward the checks to the Internal Revenue Service together with the other two checks, the funds' 2007 tax return, and the funds' declaration of estimated tax due. These payments are to be disbursed from the Ephedra Plaintiffs' Common Expense Fund.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-7-08

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated   New York, New York
        March 7, 2008