UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
In re: EPHEDRA PRODUCTS LIABILITY          :    04 M.D. 1598 (JSR)
LITIGATION                                 :
                                           :    ORDER
                                           :
                                           :
------------------------------------------x
PERTAINS TO ALL CASES

    JED S. RAKOFF, U.S.D.J.

    In Case Management Order No. 45 ¶ 2, issued April 21, 2008, the Court granted a motion by Plaintiffs' Coordinating Counsel ("PCC") for payment of $8 million from the Ephedra Plaintiffs' Common Fee Fund held by the Clerk pursuant to Case Management Order No. 7 ¶ 2(a). Accordingly, the Clerk is hereby directed to issue a check for eight million dollars ($8,000,000.00) to the order of Brown, Rudnick, Berlack & Israels, LLP ("the Firm") and deliver it to a person sent by the Firm in exchange for a receipt on the Firm's letterhead identifying the check by amount and payee and signed and dated by the person receiving the check. The Clerk shall preserve the receipt in the files of the Fund. The Firm shall then distribute the proceeds as specified in Case Management Order No. 45 ¶ 2. Funds for the $8-million check shall be withdrawn from the Ephedra Plaintiffs' Common Fee Fund.

    SO ORDERED.

                                                                               JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       April 22, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-23-08