```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-19-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
                                         :
In re: EPHEDRA PERSONAL INJURY           :    04 M.D. 1598 (JSR)
LITIGATION                               :
                                         :         ORDER
-----------------------------------------x
PERTAINS TO ALL CASES

JED S. RAKOFF, U.S.D.J.

   The Court has received the invoice of BALL BAKER LEAKE, LLC, dated July 31, 2008, in the amount of $1,930.00 together with a notice filed electronically by the Special Master inviting interested parties to send comments or objections about this invoice by letter to Chambers to be received on or before August 15, 2008. No objections or comments were received.

   After reviewing the invoice of BALL BAKER LEAKE, LLC, dated July 31, 2008, the Court hereby approves it and directs the Clerk to issue a check to the order of BALL BAKER LEAKE, LLC in the amount of $1,930.00 and to send the check by trackable mail or courier to Janice Page CPA, BALL BAKER LEAKE LLC, 122 East 42nd Street, New York, NY 10168. This payment is to be disbursed from the Ephedra Plaintiffs' Common Expense Fund, which the Clerk is holding pursuant to Case Management Order No. 7 ¶ 2(a).

   SO ORDERED.

                                    _____
                                    JED S. RAKOFF, U.S.D.J.

Dated    New York, New York
         August 18, 2008